UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY DAGMAR TOMERLIN,<br><br>           Plaintiff,<br><br>     v.<br><br>DUSTIN LLOYD,<br><br>           Defendant. | Case No. 5:21-cv-00096-JGB (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), the Motion for Summary Judgment ("MSJ"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the MSJ is GRANTED in its entirety and that Judgment be entered DISMISSING this action with prejudice.

Dated: January 10, 2023

HONORABLE JESUS G. BERNAL
United States District Judge