JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY DAGMAR TOMERLIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN LLOYD,<br><br>　　　　　　Defendant. | Case No. 5:21-cv-00096-JGB (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED and this action is DISMISSED with prejudice.

Dated: January 10, 2023

　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　United States District Judge